UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ALLEN,

        Plaintiff,

  v.

B. MAYR,

        Defendant.

No. 2:13-cv-1047-KJM-EFB P

ORDER

    Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

////

////

/////

1

1       The agency having custody of plaintiff is required to forward to the Clerk of the Court the
2 initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time the
3 amount in the account exceeds $10, until the filing fee is paid. *Id.*
4       The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
5 pauperis application upon the Director of the California Department of Corrections and
6 Rehabilitation and deliver a copy of this order to the Clerk's financial division.
7       So ordered.
8 Dated: September 5, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2